IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:15CR99 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| SAMUEL HEINEMAN, IV | ) | |
| MARK CHRISTOPHER KLEIN | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrants and the Motion to Seal the Bill of Indictment be sealed.

This the 2nd day of December, 2015.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE